IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **ANTWAN HAYWOOD CURTIS,** | * | |
| Plaintiff, | * | |
| v. | | Case No.: GJH-20-1903 |
| | * | |
| **DPSCS,** | | |
| **WARDEN CASEY CAMPBELL,** | * | |
| **LT. BILAL AHMED,** | | |
| **WEXFORD HEALTH SOURCE, INC.** | * | |
| **WARDEN RICHARD R. GRAHAM, JR.** | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that:

1. The Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for Summary Judgment filed by Defendants Department of Public Safety and Correctional Services ("DPSCS"), Warden Case Campbell, Lieutenant Bilal Ahmed, and Warden R. Graham, Jr., ECF No. 12, is **GRANTED**, in part, and **DENIED**, in part;

    a. Defendants' Motion is **GRANTED** as to Plaintiff's § 1983 and Americans with Disabilities Act claims; and

    b. Defendants' Motion is **GRANTED**, in part, and **DENIED**, in part, as to Plaintiff's Section 504 Rehabilitation Act claim;

        i. Defendants' Motion is **GRANTED** as to Plaintiff's Section 504 Rehabilitation Act claim to the extent that claim is brought against Defendants Ahmed, Campbell, and Graham;

        ii. Defendants' Motion is **GRANTED** as to Plaintiff's Section 504 Rehabilitation Act claim to the extent that claim is based on Plaintiff's confinement at Western Correctional Institution; and

        iii. Defendant's Motion is **DENIED** as to Plaintiff's Section 504 Rehabilitation Act claim to the extent that claim is brought against

      Defendant DPSCS based on Plaintiff's confinement at Jessup Correctional Institution or at Roxbury Correctional Institution;

2. Pursuant to the Court's authority under 28 U.S.C. § 1915, Plaintiff's claims against Defendant Wexford are **DISMISSED**;

3. Plaintiff's request for appointment of counsel, ECF No. 14-1, is **GRANTED**; and

4. The Clerk **SHALL PROVIDE** a copy of the foregoing Memorandum Opinion and a copy of this Order to Plaintiff and to counsel for Defendants.

                              /s/_____
                              GEORGE J. HAZEL
                              United States District Judge